UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
DORAN GYLES,

            Plaintifff(s),

-v-

TEV CORP, et al.,

            Defendant (s).
----------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2006 ★

**BROOKLYN OFFICE**

**ORDER OF DISMISSAL**
CV 05-3111 (RJD)

It having been reported to the Court by counsel that the above action has been settled,

It is, on this __18TH__ day of __MAY 2006__

**ORDERED**, that this action is hereby dismissed without costs, and without prejudice to the right to reopen the action within 90 days if the settlement is not consummated.

The Clerk of the Court is directed to close the case, forthwith.

**SO ORDERED.**

Dated:      Brooklyn, New York
             MAY 18, 2006

                                    s/Raymond Dearie